**Gussie Lee THOMAS, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 37760.**

Court of Criminal Appeals of Texas.

Feb. 17, 1965.

No attorney of record on appeal, for appellant.

Henry Wade, Dist. Atty., James H. Miller and W. John Allison, Jr., Asst. Dist. Attys., Dallas, and Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Judge.

The offense is burglary; the punishment, enhanced by two prior convictions for felony theft, life.

The record contains no statement of facts.

Two formal bills of exception found in the record were not filed within 90 days after notice of appeal, as required by Art. 760d Vernon's Ann.C.C.P., hence they cannot be considered.

The proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.